SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
TRIBUNE BROADCASTING COMPANY, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FRIEDMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>NUTRIBULLET, LLC, AND TRIBUNE BROADCASTING COMPANY, LLC,<br><br>        Defendants. | Case No. 2:14−cv−03377 JFW (PJWx)<br>[Assigned to Hon. John F. Walter]<br><br>**ORDER OF DISMISSAL**<br><br>Action filed:  May 1, 2014 |

   Having considered the parties' Stipulation of Dismissal, this action and all claims asserted herein are DISMISSED in their entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of other proposed class members, with each party to bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties..

   IT IS SO ORDERED.

DATED: September 10, 2014          _____
                                    Hon. John F. Walter
                                    United States District Judge

ORDER OF DISMISSAL

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899